**United States District Court**
For the Northern District of California

1

2

3

4

5

6                               UNITED STATES DISTRICT COURT

7                             NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12   BOARD OF TRUSTEES OF THE
     NORTHERN CALIFORNIA PLASTERERS
13   HEALTH AND WELFFARE TRUST FUND,
     et al.,

14              Plaintiffs,                          No. C 14-3061 PJH

15        v.                                         **ORDER**

16   JAMES ISLAND PLASTERING INC.

17              Defendant(s).
     _____/

18

19        On October 9, 2014, plaintiffs filed a motion for default judgment in the above-

20   entitled.  The motion was referred to Magistrate Judge Donna M. Ryu for a report and

21   recommendation.  On December 29, 2014, Judge Ryu issued a report, recommending that

22   the motion be granted.  Judge Ryu also directed plaintiffs to serve defendant with a copy

23   of the report and recommendation, and to file a proof of service with the court.

24        Plaintiffs failed to comply with this order until January 15, 2015, after having been

25   contacted by the court.  Because plaintiffs failed to promptly serve defendant with the

26   report and recommendation, the time for defendant to file objections to the report, see 28

27   U.S.C. § 636(b)(1) did not begin to run until the date of service.  Accordingly, the time for

28   defendant to file objections has been extended to February 2, 2015.

1    Plaintiffs are ORDERED to serve a copy of this order on defendant no later than

2  January 23, 2015, and to file a proof of service with the court.

3

4  **IT IS SO ORDERED.**

5  Dated: January 22, 2015                    _____

6                                              PHYLLIS J. HAMILTON
                                              United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2