UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
NORTHERN CALIFORNIA PLASTERERS
HEALTH AND WELFARE TRUST FUND,
et al.,

    Plaintiffs,

    v.

JAMES ISLAND PLASTERING, INC.,

    Defendant.
_____/

No. C 14-3061 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Donna L. Ryu for resolution of plaintiffs' application for an order to appear for a judgment debtor examination in aid of enforcement of money judgment.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record